# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 10-00083-01-CR-W-DGK |
| JO ANN FRENCH, | ) ) ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no objection, the Defendant's plea of guilty to Count Two contained in the Indictment filed on March 17, 2010, is now accepted and the Defendant is adjudged guilty of such offense. The Court notes that its acceptance of Defendant's guilty plea is conditional; the Court may reject the plea agreement at sentencing after reviewing the Presentence Investigation Report. Sentencing will be set by subsequent order of the Court.

    /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

Dated: May 2, 2013